## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.                                                                CV No. 19-564 KRS/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES IN INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on Defendants the Governing Board of Artesia General Hospital, Richard Gibson, Dennis Maupin, Mike Deans, Joe Perez Salgado, Jorge Abalos, Marshall Baca, and Cory Yates' *Unopposed Motion to Extend Deadlines in Initial Scheduling Order* (the "Motion"), (Doc. 15), filed October 7, 2019. In the Motion, Defendants explain that as a result of Plaintiffs' *Amended Complaint*, (Doc. 9), additional parties have been named as Defendants in this matter. (Doc. 15 at 1-2). The newly added Defendants have until October 30, 2019, to file an Answer or otherwise respond to Plaintiffs' Amended Complaint. *Id.* at 1. As a result, Defendants move to extend the *Initial Scheduling Order* deadlines to allow all parties to participate in the drafting of the Joint Status Report and the Rule 16 Scheduling Conference. *Id.*

The Court, having considered the Motion, finds that for purposes of efficiency, Defendants' *Unopposed Motion to Extend Deadlines in Initial Scheduling Order*, (Doc. 15), shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Meet and Confer deadline of October 7, 2019, the Joint Status Report due to the Court on October 14, 2019, and the Rule 16

Scheduling Conference set for October 21, 2019, are hereby **VACATED**.

The Court will enter an *Amended Initial Scheduling Order* issuing new deadlines after all newly added Defendants have filed a responsive pleading to Plaintiffs' *Amended Complaint*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE