**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.                                        CV No. 19-564 MV/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on Defendants Dennis Maupin and Mike Deans' *Unopposed Motion to Stay Discovery Pending a Decision on Qualified Immunity* (the "Motion"), (Doc. 22), filed October 30, 2019. In the Motion, Defendants request a stay of discovery pending the Court's decision on their Motion to Dismiss on the basis of qualified immunity. (Doc. 22 at 1). The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendants' *Unopposed Motion to Stay Discovery Pending a Decision on Qualified Immunity*, (Doc. 22), is **GRANTED** and discovery in this case is stayed pending a decision on Defendants' Motion to Dismiss.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE