# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.                                                                                     CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on Defendants Richard Gibson, Joe Perez Salgado, Jorge Abalos, Marshall Baca, and Cory Yates' *Joint Motion to Stay Discovery Pending a Decision on Qualified Immunity* (the "Motion"), (Doc. 32), filed January 6, 2020. In the Motion, Defendants request a stay of discovery pending the Court's decision on their Motion to Dismiss, (Doc. 27), on the basis of qualified immunity. (Doc. 32 at 1). The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendants' *Joint Motion to Stay Discovery Pending a Decision on Qualified Immunity*, (Doc. 32), is **GRANTED** and discovery in this case is stayed pending a decision on Defendants' Motion to Dismiss.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE