**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.                                                                     CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER VACATING SECOND INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants Richard Gibson, Joe Perez Salgado, Jorge Abalos, Marshall Baca, and Cory Yates' *Joint Motion to Stay Discovery Pending a Decision on Qualified Immunity*, (Doc. 32), filed January 6, 2020, and the Court's *Order Granting Unopposed Motion to Stay Discovery*, (Doc. 35), filed January 8, 2020.

**IT IS THEREFORE ORDERED** that the Court's *Second Initial Scheduling Order*, (Doc. 26), and the Telephonic Rule 16 Scheduling Conference set for January 21, 2020, at 2:00 p.m. are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE