IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.                                                                     CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF
ARTESIA GENERAL HOSPITAL, et al.,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING

**THIS MATTER** is before the Court on Defendants' *Motion to Stay Discovery Pending a Decision on Qualified Immunity* (the "Motion"), (Doc. 54), filed June 10, 2020.

**IT IS HEREBY ORDERED** that Plaintiffs shall submit a Response to Defendants' Motion no later than **June 18, 2020**. Defendants may submit a Reply in support of their Motion no later than **June 22, 2020**.

**IT IS FURTHER ORDERED** that a telephonic Motion hearing is scheduled for **June 25, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE