IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS,

    Plaintiffs,

v.                                                                           CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF
ARTESIA GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER GRANTING MOTION TO STAY DISCOVERY
## AND VACATING MOTION HEARING

**THIS MATTER** is before the Court on Defendants' *Motion to Stay Discovery Pending a Decision on Qualified Immunity* (the "Motion"), (Doc. 54), filed on June 10, 2020. In the Motion, Defendants requested a stay of discovery pending the Court's decision on Defendants Richard Gibson, Joe Perez Salgado, Jorge Abalos, Marshall Baca and Cory Yates' *Motion to Dismiss Portions of the Corrected Second Amended Complaint*, (Doc. 53).

After further communication between counsel for Plaintiffs and counsel for Defendants, Plaintiffs now explain they do not oppose Defendants' Motion. The parties have agreed and hereby stipulate to staying discovery in this case until after a ruling on Defendants' Motion to Dismiss, (Doc. 53). The Court, having reviewed Defendants' Motion and noting it is now unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this case is stayed pending a decision on Defendants Richard Gibson, Joe Perez Salgado, Jorge Abalos, Marshall

Baca and Cory Yates' *Motion to Dismiss Portions of the Corrected Second Amended Complaint*, (Doc. 53).

**IT IS FURTHER ORDERED** that the deadlines and hearing set forth in the Court's *Order Setting Expedited Briefing Schedule and Hearing*, (Doc. 56), are **VACATED**.

**IT IS FINALLY ORDERED** that the telephonic status conference set for **August 27, 2020, at 2:00 p.m.** is hereby **VACATED**. The Court will reset the status conference after a decision has been rendered on Defendants' Motion to Dismiss and the stay of discovery has ended.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE