IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS,

    Plaintiffs,

v.                                                        CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF
ARTESIA GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER GRANTING MOTION TO LIFT STAY OF DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion to Lift Stay* (the "Motion"), (Doc. 59), filed on July 6, 2020. In the Motion, the parties explain the claims requiring a stay of discovery have been dismissed and the stay is therefore no longer necessary. (Doc. 59 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this case shall resume as set forth in the Court's *Scheduling Order*, (Doc. 48).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE