**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KIMBERLY HARRIS, et al.,

      Plaintiffs,

v.                                                                                    CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

      Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 23, 2020**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE