IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS, and
ANGELIA STEELMAN,

       Plaintiffs,

v.                                                                                              No. 2:19-cv-00564-KWR-CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, and RICHARD GIBSON, *et al.*,

       Defendants.

## FINAL JUDGMENT PURSUANT TO RULE 68

**THIS MATTER** comes before the Court on Plaintiffs' Notices of Acceptance of Defendants' Offer of Judgment **(Docs. 68, 69)**. Having reviewed the pleadings, the Court finds entry of judgment well-taken.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered against The Governing Board of Artesia General Hospital in the following amounts:

- Plaintiff Kimberly Harris: $48,000.00
- Plaintiff Angelia Steelman: $60,000.00

These amounts shall be the total amount to be paid by all Defendants on account of any and all liability claimed by Plaintiffs in this action. These amounts are exclusive of costs of suit and attorneys' fees otherwise recoverable in this action.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE